JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GANNA FREIBERG, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. )<br>)<br>) | Case No. CV 17-5313 FMO<br>CR 95-0520 FMO-2<br><br>**JUDGMENT** |

Pursuant to the Court's Order Re: Petition for Writ of Coram Nobis, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

Dated this 29th day of April, 2019.

/s/
Fernando M. Olguin
United States District Judge